S. Foster Sprague, Appellant, v. The City of New York, Respondent.

*Sprague* v. *City of New York,* 74 App. Div. 625, affirmed.
(Argued March 22, 1904; decided April 5, 1904.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 9, 1902, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*George Wallace* for appellant.

*John J. Delany,* Corporation Counsel (*James D. Bell* and *Richard B. Greenwood* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Haight, Martin and Cullen, JJ. Not voting: Bartlett, J.